1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LEXI P. NEGIN, #250376
   Assistant Federal Defender
3  CHRISTINA SINHA, # 278893
   Assistant Federal Defender
4  801 I Street, 3rd Floor
   Sacramento, CA  95814
5  Telephone: (916) 498-5700
   Lexi_Negin@fd.org
6
   Attorneys for Defendant
7  JOHNATHAN SPRAGUE

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,          )  Case No.  2:19-mj-039 AC
                                       )
12           Plaintiff,                )  **STIPULATION AND ORDER TO**
                                       )  **CONTINUE PRELIMINARY HEARING**
13      v.                             )  **AND EXCLUSION OF TIME**
                                       )
14  JOHNATHAN SPRAGUE,                 )  Date: April 23, 2019
                                       )  Time: 2:00 p.m.
15           Defendant.                )  Judge: Hon. Edmund F. Brennan
                                       )
16  _____ )

17

18           Plaintiff, United States of America, by and through Assistant United States Attorney

19  Roger Yang, and Defendant Johnathan David Sprague, through his attorneys Lexi P. Negin and

20  Christina Sinha, Assistant Federal Defenders, hereby stipulate to continue the Preliminary

21  Hearing set for April 23, 2019 to June 4, 2019, at 2:00 p.m.

22           The parties agree that the time beginning April 23, 2019 extending through June 4, 2019,

23  should be excluded from the calculation of time under the Speedy Trial Act.  Further, the

24  Defendant consents to an extension of the time for a Preliminary Hearing until June 4, 2019.

25  Fed.R.Crim.P. 5.1(d).  The parties submit that the ends of justice are served by the Court

26  excluding such time, so that they may have reasonable time necessary for effective preparation,

27  taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  In particular,

28

1   the time is required so that the parties can conduct investigation and review discovery.  Mr.

2   Sprague consents to this continuance.

3          The parties stipulate that the interests of justice outweigh the interest of the public and the

4   defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause

5   outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

6          IT IS SO STIPULATED.

7

8   Dated: April 12, 2019              HEATHER E. WILLIAMS
                                       Federal Defender
9

10                                     /s/ Lexi P. Negin
                                       LEXI P. NEGIN
11                                     Assistant Federal Defender

12                                     /s/ Christina Sinha
                                       CHRISTINA SINHA
13                                     Assistant Federal Defender

14
                                       Attorneys for JOHNATHAN SPRAGUE
15

16  Dated: April 12, 2019              MCGREGOR W. SCOTT
                                       United States Attorney
17

18                                     /s/ Roger Yang
                                       ROGER YANG
19                                     Assistant United States Attorney
                                       Attorney for Plaintiff
20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Preliminary          -2-
Hearing and Exclusion of Time

1

**O R D E R**

2      The Court has read and considered the Stipulation to Continue the Preliminary Hearing

3  Pursuant to Rule 5.1(d) and Exclusion of Time.  The Court finds that the Defendant consents to

4  the extension of time for the Preliminary Hearing under Federal Rule of Criminal Procedure,

5  Rule 5.1(d).  The Court hereby finds that the Stipulation, which this Court incorporates by

6  reference into this Order, demonstrates good cause for an extension of time for the preliminary

7  hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

8      Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the

9  interests of justice served by granting this continuance outweigh the best interests of the public

10  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.  The Court

11  further finds that the extension of time would not adversely affect the public interest in the

12  prompt disposition of criminal cases.

13      THEREFORE, FOR GOOD CAUSE SHOWN:

14      1. The preliminary hearing is continued to June 4, 2019, at 2:00 p.m.

15      2. The time between April 23, 2019, and June 4, 2019, shall be excluded from calculation

16  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.

17      3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

18

19      IT IS SO ORDERED.

20  Dated:  April 12, 2019

21  _____
    CAROLYN K. DELANEY

22  UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28