HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
CHRISTINA SINHA, # 278893
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Lexi_Negin@fd.org

Attorneys for Defendant
JOHNATHAN SPRAGUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:19-mj-039 AC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE PRELIMINARY HEARING** |
| v. | ) | **AND EXCLUSION OF TIME** |
| | ) | |
| JOHNATHAN SPRAGUE, | ) | Date: July 18, 2019 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | Judge: Hon. Carolyn K. Delaney |
| | ) | |
| | ) | |

Plaintiff, United States of America, by and through Assistant United States Attorney

Roger Yang, and Defendant Johnathan David Sprague, through his attorneys Lexi P. Negin and

Christina Sinha, Assistant Federal Defenders, hereby stipulate to continue the Preliminary

Hearing set for July 18, 2019 to September 10, 2019, at 2:00 p.m.

The parties agree that the time beginning July 18, 2019 extending through September 10,

2019, should be excluded from the calculation of time under the Speedy Trial Act.  Further, the

Defendant consents to an extension of the time for a Preliminary Hearing until September 10,

2019.  Fed.R.Crim.P. 5.1(d).  The parties submit that the ends of justice are served by the Court

excluding such time, so that they may have reasonable time necessary for effective preparation,

taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  In particular,

1     the time is required so that the parties can conduct investigation and review discovery.  Mr.

2     Sprague consents to this continuance.

3           The parties stipulate that the interests of justice outweigh the interest of the public and the

4     defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause

5     outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

6           IT IS SO STIPULATED.

7

8     Dated: July 2, 2019                 HEATHER E. WILLIAMS

9                                   Federal Defender

10                                 */s/ Lexi P. Negin*

                                    LEXI P. NEGIN

11                                 Assistant Federal Defender

12                                 */s/ Christina Sinha*

13                                 CHRISTINA SINHA

                                  Assistant Federal Defender

14

                                  Attorneys for JOHNATHAN SPRAGUE

15

16     Dated: July 2, 2019                 MCGREGOR W. SCOTT

                                  United States Attorney

17

18                                 */s/ Roger Yang*

                                  ROGER YANG

19                                 Assistant United States Attorney

                                  Attorney for Plaintiff

20

21

22

23

24

25

26

27

28

**O R D E R**

The Court has read and considered the Stipulation to Continue the Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time.  The Court finds that the Defendant consents to the extension of time for the Preliminary Hearing under Federal Rule of Criminal Procedure, Rule 5.1(d).  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to September 10, 2019, at 2:00 p.m. before Magistrate Judge Allison Claire.

2. The time between July 18, 2019, and September 10, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  July 2, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE