HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
CHRISTINA SINHA, # 278893
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Lexi_Negin@fd.org

Attorneys for Defendant
JOHNATHAN SPRAGUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:19-mj-039 AC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [~~PROPOSED~~] ORDER** |
| | ) | **TO CONTINUE PRELIMINARY HEARING** |
| v. | ) | **AND EXCLUSION OF TIME** |
| | ) | |
| JOHNATHAN SPRAGUE, | ) | Date: September 10, 2019 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | Judge: Hon. Allison Claire |
| | ) | |
| _____ | ) | |

Plaintiff, United States of America, by and through Assistant United States Attorney

Roger Yang, and Defendant Johnathan David Sprague, through his attorneys Lexi P. Negin and

Christina Sinha, Assistant Federal Defenders, hereby stipulate to continue the Preliminary

Hearing set for September 10, 2019 to October 9, 2019, at 2:00 p.m.

The parties agree that the time beginning September 10, 2019 extending through October

9, 2019, should be excluded from the calculation of time under the Speedy Trial Act.  Further,

the Defendant consents to an extension of the time for a Preliminary Hearing until October 9,

2019.  Fed.R.Crim.P. 5.1(d).  The parties submit that the ends of justice are served by the Court

excluding such time, so that they may have reasonable time necessary for effective preparation,

taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  In particular,

1    the time is required so that the parties can conduct investigation and review discovery.  Mr.

2    Sprague consents to this continuance.

3           The parties stipulate that the interests of justice outweigh the interest of the public and the

4    defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause

5    outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

6           IT IS SO STIPULATED.

7

8    Dated: August 19, 2019                    HEATHER E. WILLIAMS
                                                Federal Defender
9

10                                              /s/ Lexi P. Negin
                                                LEXI P. NEGIN
11                                              Assistant Federal Defender

12                                              /s/ Christina Sinha
                                                CHRISTINA SINHA
13                                              Assistant Federal Defender

14
                                                Attorneys for JOHNATHAN SPRAGUE
15

16   Dated: August 19, 2019                    MCGREGOR W. SCOTT
                                                United States Attorney
17

18                                              /s/ Roger Yang
                                                ROGER YANG
19                                              Assistant United States Attorney
                                                Attorney for Plaintiff
20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Preliminary
Hearing and Exclusion of Time

**O R D E R**

The Court has read and considered the Stipulation to Continue the Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time.  The Court finds that the Defendant consents to the extension of time for the Preliminary Hearing under Federal Rule of Criminal Procedure, Rule 5.1(d).  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to October 9, 2019, at 2:00 p.m.

2. The time between September 10, 2019, and October 9, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: August 19, 2019

HON. EDMUND F. BRENNAN
United States Magistrate Judge