HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Lexi_negin@fd.org

Attorney for Defendant
JOHNATHAN SPRAGUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHAN SPRAGUE,<br><br>Defendant. | Case No. 2:19-cr-00219-KJM<br><br>**ORDER TO FILE UNDER SEAL - ATTACHEMNT A TO DEFENDANT'S FORMAL OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**<br><br>Dates: March 1, 2021<br>Time:  9:00 a.m.<br>Judge:  Hon. Kimberly J. Mueller |

**IT IS HEREBY ORDERED** that the Request to Seal Attachment A - Mr. Johnathan Sprague's Medical Records is granted so that the medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: March 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE