PHILLIP A. TALBERT
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-CR-00219-KJM |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| JOHNATHAN DAVID SPRAGUE, | |
| Defendant. | |

On or about March 4, 2021, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Johnathan David Sprague forfeiting to the United States the following property:

 a. A Samsung Galaxy S9 cell phone
 b. An Enermax Ostrog desktop tower
 c. A HP Pavilion laptop
 d. An ANS UL40 cell phone
 e. A Western Digital external hard drive
 f. A Toshiba external hard drive

Beginning on March 6, 2021, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

1

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Johnathan David Sprague.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection – Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 11th day of May 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE